*Gressman* for appellant. *Peter Campbell Brown* and *Seymour B. Quel* for appellee.

No. 432, Misc. HENDRICKS *v.* OKLAHOMA. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied. Petitioner *pro se.* *Mac Q. Williamson,* Attorney General of Oklahoma, and *Sam H. Lattimore,* Assistant Attorney General, for appellee.

No. 54. UNITED STATES *v.* LEHIGH VALLEY RAILROAD Co. *Per Curiam:* The petition for writ of certiorari is granted. The judgment of the court below is reversed and the case is remanded to the Court of Claims for further proceedings not inconsistent with the opinion of this Court in *United States* v. *Western Pacific R. Co.,* 352 U. S. 59.

*Simon E. Sobeloff,* then Solicitor General, *Assistant Attorney General Burger, Melvin Richter* and *Morton Hollander* for the United States.

No. 280. GUSS, DOING BUSINESS AS PHOTO SOUND PRODUCTS MANUFACTURING Co., *v.* UTAH LABOR RELATIONS BOARD. Appeal from the Supreme Court of Utah. (Probable jurisdiction noted, *ante,* p. 817.) The motion to add the United Steelworkers of America as a party appellee is denied. The United Steelworkers of America may file a brief, *amicus curiae,* if it desires. The Solicitor General is invited to file a brief, as *amicus curiae.* *Arthur J. Goldberg* and *David E. Feller* for movant.